# IN THE SUPREME COURT OF THE STATE OF NEVADA

SCOTT SPITTLER,

                Appellant,

vs.

WASHOE COUNTY, A POLITICAL
SUBDIVISION OF THE STATE OF
NEVADA,

                Respondent.

No. 71949

**FILED**

JUL 2 5 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Elliott A. Sattler, District Judge
       David Wasick, Settlement Judge
       Carl M. Hebert
       Washoe County District Attorney/Civil Division
       Washoe District Court Clerk